```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
  AURELIA BEST,                            :
                                           :   **MEMORANDUM DECISION AND**
                           Plaintiff,      :   **ORDER**
                                           :
           - against -                     :   25-cv-4986 (BMC)
                                           :
                                           :
  EXPERIAN,                                :
                                           :
                           Defendant.      :
----------------------------------------------------------- X
```

**COGAN**, District Judge.

      Plaintiff brought this action in state court under the Fair Credit Reporting Act, 15 U.S.C. § 1681p *et seq.*, and defendant removed it to this Court. The complaint alleges that plaintiff's credit report contained "several accounts with inaccurate information," but nowhere does it allege what the information was or what was inaccurate about it. Defendant accordingly requested a premotion conference to move to dismiss the case under Fed. R. Civ. P. 12(b)(6). Because the issue was so straightforward, the Court advised plaintiff that it was deeming defendant's request for a premotion conference to constitute its motion to dismiss and set a deadline for plaintiff to respond. The Court also suggested to plaintiff that she "may wish to seriously consider filing an amended complaint in response to the motion." Plaintiff has not timely responded to the motion, nor has she filed an amended complaint.

      A complaint does not state a claim under the FCRA simply by alleging that a credit report is "inaccurate" without giving the defendant any hint of what the inaccuracies were. E.g. Phipps v. Experian, No. 20-cv-3368, 2020 WL 3268488, at *3 (S.D.N.Y. June 15, 2020); Khan v.

Equifax Info. Servs., LLC, No. 18-cv-6367, 2019 WL 2492762, at *4 (E.D.N.Y. June 14, 2019) (collecting cases).  The motion to dismiss is therefore granted.

**SO ORDERED.**

*Brian M. Cogan*
_____
U.S.D.J.

Dated: Brooklyn, New York
       October 30, 2025